TARA J. ELLIOTT
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
105 E. Pine, 2nd Floor
Missoula, MT 59802
Phone: (406) 542-8851
FAX: (406) 542-1476
Email: Tara.Elliott@usdoj.gov

ATTORNEYS FOR PLAINTIFF
UNITED STATES OF AMERICA



**FILED**

JUL 0 1 2015

Clerk, U.S. District Court
District Of Montana
Great Falls

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BUTTE DIVISION

| UNITED STATES OF AMERICA, | CR 15-29-BU-DLC |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE<br>Title 21 U.S.C. § 846 (Count I)<br>(Penalty: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years supervised release) |
| GARY ALLEN OSTERHOUT,<br>Defendant. | |
| | POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE<br>Title 21 U.S.C. § 841(a)(1) (Count II)<br>(Penalty: Mandatory minimum five to 40 years imprisonment, $5,000,000 fine, and at least four years supervised release) |

| | DISTRIBUTION OF METHAMPHETAMINE
Title 21 U.S.C. § 841(a)(1) (Count IV)
(Penalty: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years supervised release.
(Counts III, V, VI) (Penalty: Mandatory minimum five to 40 years imprisonment, $5,000,000 fine, and at least four years supervised release)

TITLE 21 PENALTIES MAY BE ENHANCED FOR PRIOR DRUG-RELATED FELONY CONVICTIONS |
|---|---|

THE GRAND JURY CHARGES:

## COUNT I

That beginning in or around May 2014, and continuing through on or about May 4, 2015, in Gallatin County, in the State and District of Montana, and elsewhere, the defendant, GARY ALLEN OSTERHOUT, knowingly and unlawfully conspired with other persons, known and unknown to the Grand Jury, to distribute, in violation of 21 U.S.C. § 841(a)(1), 50 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 846.

## COUNT II

That on or about May 4, 2015, in Gallatin County, in the State and District of Montana, the defendant, GARY ALLEN OSTERHOUT, knowingly and

2

unlawfully possessed, with the intent to distribute, more than 50 grams of a substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

COUNT III

That on or about November 20, 2014, in Gallatin County, in the State and District of Montana, the defendant, GARY ALLEN OSTERHOUT, knowingly and unlawfully distributed more than 50 grams of a substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

COUNT IV

That on or about January 22, 2015, in Gallatin County, in the State and District of Montana, the defendant, GARY ALLEN OSTERHOUT, knowingly and unlawfully distributed 50 grams or more of a substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

COUNT V

That on or about February 24, 2015, in Gallatin County, in the State and District of Montana, the defendant, GARY ALLEN OSTERHOUT, knowingly and unlawfully distributed 50 grams or more of a substance containing a detectable

amount of methamphetamine, a Schedule II controlled substance, in violation of 21

U.S.C. § 841(a)(1).

## COUNT VI

That on or about May 4, 2015, in Gallatin County, in the State and District

of Montana, the defendant, GARY ALLEN OSTERHOUT, knowingly and

unlawfully distributed 50 grams or more of a substance containing a detectable

amount of methamphetamine, a Schedule II controlled substance, in violation of 21

U.S.C. § 841(a)(1).

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

_George F. Darragh, Jr._
for MICHAEL W. COTTER
United States Attorney

JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons_____
Warrant:_____
Bail:_____

In Federal Custody

4